# Court of Appeals
# of the State of Georgia

ATLANTA, __November 18, 2025__

*The Court of Appeals hereby passes the following order:*

## A26A0756. SHARMAINE JOHNSON v. ORCHARD WALK, LP.

This case began as a dispossessory proceeding in magistrate court. After an adverse judgment, tenant Sharmaine Johnson filed a petition for review in the superior court, which entered a final judgment in favor of landlord Orchard Walk, LP. Johnson appeals that ruling directly to this Court, but we lack jurisdiction.

An appeal from a superior court decision reviewing a lower court decision must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Johnson's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__11/18/2025_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*